IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for order authorizing interim payment (Filing No. 617).  Because of the duration of this case and the anticipated hardship on counsel in undertaking representation for such a period without compensation, pursuant to Paragraph 2.30A of the Guidelines of the Administration of the Criminal Justice Act, the motion will be granted.  Accordingly,

IT IS ORDERED:

1) All interim vouchers shall be supported by detailed and itemized time and expense statements in accordance with Chapter II, Part C of the Guidelines for the Administration of the Criminal Justice Act.

2) Interim vouchers will be reviewed, and compensation will be paid for 80 per cent of the approved number of hours. Payment of all reimbursable expenses will be authorized.

3) At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the 20 per cent

balance withheld from the earlier interim voucher(s), as well as payment for representation provided during the final interim period.  The final voucher shall set forth in detail the time and expenses claimed for the entire case, including all appropriate documentation.  Counsel shall reflect all compensation and reimbursement previously received on the appropriate line of the final voucher, as well as the net amount remaining to be paid at the conclusion of the case.  The final voucher will be submitted to the Chief Judge of the United States Court of Appeals for the Eighth Circuit for his review and approval.

DATED this 29th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court