IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SARA JARRETT, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to proceed on appeal *in forma pauperis* (Filing No. 951). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant may proceed on appeal without prepayment of costs.

DATED this 27th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court