IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions filed as "28 U.S.C. to vacate sentence and conviction (Filing Nos. 1350 and 1351). Because the motions were filed on the same date, the Court will treat them as a single motion. Accordingly,

IT IS ORDERED that on or before January 17, 2014, the plaintiff shall file a response to said motion, including an affidavit from defense counsel.

DATED this 17th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court