IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant's motion for appointment of counsel (Filing No. 1377). The Court has completed a review of the record in this case with respect to defendant's § 2255 motion. Defendant has capably presented her arguments in support of her motion with appropriate cites, and the Court does not believe that appointment of counsel would serve any purpose at this stage other than to further prolong the resolution of this matter. For these reasons, the Court finds the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for appointment of counsel is denied.

DATED this 22nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court