IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )        8:09CR457
                               )
      v.                       )
                               )
SARA JARRETT,                  )        ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for certificate of appealability (Filing No. 1398) and motion for reconsideration and/or alter/amend judgment (Filing No. 1399). The Court will deny defendant's motion for reconsideration but will grant her request for certificate of appealability as to the issue of ineffective assistance of counsel. Accordingly,

IT IS ORDERED:

1) Defendant's motion for reconsideration and/or alter/amend judgment is denied.

2) Defendant's motion for certificate of appealability is granted. Defendant may appeal the issue of ineffective assistance of counsel.

DATED this 24th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court