IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )          8:09CR457
                                 )
       v.                        )
                                 )
SARA JARRETT,                    )              ORDER
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on defendant's motion for relief under Rule 60(b) (Filing No. 1483), defendant's motion to amend sentencing order (Filing No. 1484), the brief in support of her motion to amend the sentencing order (Filing No. 1485), and plaintiff's brief in opposition to defendant's motion for relief under Fed.R.Civ.P. 60(b) (Filing No. 1492).  The Court has reviewed the motions and the briefs and find that defendant's motions should be denied.  Accordingly,

IT IS ORDERED that defendant's motions (Filing No. 1483 and Filing No. 1485) are denied.

DATED this 14th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court