IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:09CR457
                              )
      v.                      )
                              )
SARA JARRETT,                 )        ORDER
                              )
            Defendants.       )
_____)
```

      This matter is before the Court on defendant's motion for reconsideration on the ground of newly discovered evidence (Filing No. 1430). The Court has reviewed the motion and finds it should be denied. Accordingly,

      IT IS ORDERED that defendant's motion is denied.

      DATED this 14th day of September, 2015.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court