IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension to file response (Filing No. 1497), in which she seeks an extension of time to reply to the government's brief in opposition to her motion to reduce sentence (Filing No. 1483). The issues that were originally waived by the defendant in this case have been briefed and rebriefed by both the government and defendant, and the Court has previously denied defendant's motion which she seeks to address further in Filing No. 1497.

The Court notes defendant has two pending motions (Filing No. 1424 and Filing No. 1431) concerning a reduction of sentence pursuant to the Guideline Amendment 782. For all of the reasons stated, the Court finds the motion for extension to file a reply should be denied. Accordingly,

IT IS ORDERED that defendant's motion (Filing No. 1497) is denied.

DATED this 28th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-