IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for status report (Filing No. 1500). The Court notes defendant's motion to amend sentencing order was filed August 14, 2015 (Filing No. 1481). The motion was denied on September 14, 2015 (Filing No. 1494).

Defendant has two pending motions to reduce sentence (Filing No. 1424 and Filing No. 1431). Accordingly,

IT IS ORDERED that defendant's motion for status report is granted as set forth above.

DATED this 14th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court