IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's notice of appeal filed out of time (Filing No. 1529).  Defendant claims she did not receive a copy of the order (Filing No. 1494) denying her Rule 60(b) motion and the order (Filing No. 1527) which denied her motion for sentence reduction.  Accordingly,

      IT IS ORDERED that defendant shall have until September 23, 2016, to file her notice of appeal.  Defendant may proceed *in forma pauperis*.

      DATED this 20th day of July, 2016.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court