IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant's motion to appoint new counsel (Filing No. 1553). The Court has no authority to appoint counsel for matters of a civil nature such as a dispute with the IRS. There may be services available to defendant from other sources. Accordingly,

IT IS ORDERED that defendant's motion to appoint new counsel is denied.

DATED this 21st day of September, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court